P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602.510.9409 (tel.)

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>CAMPBELL FOOTHILLS VENTURE LLC, a Delaware limited liability company dba DoubleTree by Hilton Hotel Campbell – Pruneyard Plaza,<br><br>Defendant. | Case No: 20-cv-02738-VKD<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

    Please take notice that Plaintiff dismisses the above case with prejudice; each party to bear their own costs and fees.

    RESPECTFULLY SUBMITTED this 3d day of August, 2020.

                                               /s/ P. Kristofer Strojnik
                                             P. Kristofer Strojnik (242728)
                                             Attorneys for Plaintiff